Case 3:19-cr-00379-WQH   Document 92   Filed 09/18/24   PageID.296   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN ALFREDO ESCOBAR GONGORA (2)<br><br>Date of Original Judgment: 09/26/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)  Case No.: 19cr379-WQH<br>)  USM No.: _____<br>)<br>)<br>)  _____<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant was sentenced to a below-guidelines sentence of 70 months in the custody of the Bureau of Prisons for possession of cocaine with intent to distribute on board a vessel in violation of 46 U.S.C. § 70503 and 18 U.S.C. § 2. At sentencing, Defendant's guidelines range was 135 to 168 months. Defendant now moves for a reduced sentence under 18 U.S.C. § 3582(c)(2) as a result of the U.S. Sentencing Commission's amendments to USSG § 4C1.1. (ECF No. 85.) Pursuant to 18 U.S.C. § 3582(c), Amendment 821, and USSC § 4C1.1, applying the new 2-level reduction for Zero-Point Offender, Defendant's adjusted offense level would be 31, with an amended guidelines range of 108-135 months. Because the low end of the amended guidelines range (108 months) is higher than Defendant's original sentence (70 months), he is ineligible for a sentence reduction under USSG § 1B1.10(b)(2)(A). Even if the Court had the discretion to grant Defendant's motion, the Court would decline to reduce Defendant's sentence because, although Defendant had no prior criminal history, the Court finds that the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense under 18 U.S.C. §3553(a) continues to support the sentence imposed. The 70-month custodial sentence is sufficient but not greater than necessary to comply with the purposes set forth in section 3553. The Motion for Reduction in Sentence is denied. (ECF No. 85.)

Except as otherwise provided, all provisions of the judgment dated   09/26/2019   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   09/18/2024                                         *William Q. Hayes*
                                                                *Judge's signature*

Effective Date: _____                                  Hon. William Q. Hayes, U.S. District Judge
*(if different from order date)*                        *Printed name and title*